**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-20-00687-002-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Terra Gene Webster, | |
| Defendant. | |

Before the Court is Defendant Terra Webster's request to modify this Court's Order setting Pretrial Release Conditions issued on April 18, 2022 (Doc. 87). In that Order, the Court included a thirty-day home detention condition which restricted her to her approved residence at all times, with specific exceptions. The Defendant seeks to have that condition revised to "Stand Alone Monitoring." (Doc. 96). The Court is not inclined to do so.

In considering Defendant Webster's detention appeal, the Court informed the parties of its concern that she has a pattern of leaving her home, and to associate with persons who are of questionable character and who influence her toward an exercise of poor judgment. Nothing in the Defendant's Motion alleviates the Court's concern. However, as it appears that she has so far complied with her pretrial release conditions, the Court will remove the thirty-day home detention condition and replace it with a curfew condition.

The Court will deny the Motion to impose Stand Alone Monitoring. The Court will replace the home detention condition with a curfew condition to be set by the U.S. Pretrial Service Officer. The Court will otherwise grant the Motion to include a condition that she

"not possess or attempt to acquire any firearm, destructive device, or dangerous weapon or ammunition." Accordingly,

**IT IS ORDERED** denying, in part, the Defendant's Motion (Doc. 96) as it pertains to the request for Stand Alone Monitoring and granting the Motion as it pertains to compliance with the Adam Walsh Act.

Dated this 10th day of June, 2022.

Honorable Diane J. Humetewa
United States District Judge